ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
CHRISTOPHER F. JEU (CABN 247865)
Assistant United States Attorney
60 South Market, 12th Floor
San Jose, California 95113
Telephone: (408) 535-5082
FAX: (408) 535-5066
Christopher.Jeu@usdoj.gov

Attorneys for Federal Defendants
U.S. DEPARTMENT OF HOMELAND SECURITY and
U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LAWYERS' COMMITTEE FOR CIVIL RIGHTS OF THE SAN FRANCSICO BAY AREA,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY and U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>Defendants. | Case No. 24-cv-09330-TSH<br><br>**STIPULATION FOR EXTENSION UNDER CIVIL L.R. 6-1(a)** |

Pursuant to Civil Local Rule 6-1(a), the Parties, through their counsel, stipulate as follows:

1. Plaintiff filed the Complaint under the Freedom of Information Act ("FOIA") on December 23, 2024.

2. Plaintiff served the U.S. Attorney's Office on January 6, 2025.

3. Defendants are currently required to answer or otherwise respond to the Complaint by February 5, 2025.

4. Counsel for the Parties conferred and stipulate that Defendants may have an additional thirty (30) days—until March 7, 2025—to answer or otherwise respond to the Complaint.

5. This extension of time will not alter the date of any event or any deadline already fixed by Court order.

NOW THEREFORE, under Civil Local Rule 6-1(a), the Parties stipulate that Defendants will have up to March 7, 2025, to answer or otherwise respond to the complaint.

DATED: February 4, 2025

Respectfully submitted,

ISMAIL J. RAMSEY
United States Attorney

/s/ Christopher F. Jeu[1]
CHRISTOPHER JEU
Assistant United States Attorney

Attorneys for Federal Defendants
U.S. DEPARTMENT OF HOMELAND SECURITY and U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,

NIXON PEABODY LLP

By: /s/ Brock Seraphin

MATTHEW A. RICHARDS
BROCK SERAPHIN

Attorneys for Plaintiff
LAWYERS' COMMITTEE FOR CIVIL RIGHTS OF THE SAN FRANCSICO BAY AREA

---

[1] In compliance with Civil Local Rule 5-1(i), the filer of this document attests under penalty of perjury that counsel for Plaintiff has concurred in the filing of this document.