| | |
|---|---|
| MATTHEW A. RICHARDS (SBN 233166)<br>mrichards@nixonpeabody.com<br>NIXON PEABODY LLP<br>One Embarcadero Center, 18th Floor<br>San Francisco, CA 94111-3600<br>Tel: 415-984-8200<br>Fax: 415-984-8300<br><br>BROCK SERAPHIN (SBN 307041)<br>bseraphin@nixonpeabody.com<br>NIXON PEABODY LLP<br>300 S. Grand Avenue, Suite 4100<br>Los Angeles, CA 90071-3151<br>Tel: 213-629-6000<br>Fax: 213-629-6001<br><br>LAWYERS' COMMITTEE FOR CIVIL RIGHTS OF THE SAN FRANCISCO BAY AREA<br>JORDAN WELLS (SBN 326491)<br>jwells@lccrsf.org<br>VICTORIA PETTY (SBN 338689)<br>vpetty@lccrsf.org<br>131 Steuart Street # 400<br>San Francisco, CA 94105<br>Telephone: 415 543 9444<br><br>*Attorneys for Plaintiff* | PATRICK D. ROBBINS (CABN 152288)<br>Acting United States Attorney<br>PAMELA T. JOHANN (CABN 145558)<br>Chief, Civil Division<br>CHRISTOPHER F. JEU (CABN 247865)<br>Assistant United States Attorney<br>60 South Market Street, Suite 1200<br>San Jose, California 95113<br>Telephone: (408) 535-5082<br>FAX: (408) 535-5066<br>Christopher.Jeu@usdoj.gov<br><br>Attorneys for Federal Defendants<br>DEPARTMENT OF HOMELAND SECURITY<br>and U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LAWYERS' COMMITTEE FOR CIVIL RIGHTS OF THE SAN FRANCISCO BAY AREA,<br><br>    Plaintiff,<br><br>    v.<br><br>DEPARTMENT OF HOMELAND SECURITY and U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>    Defendants. | Case No. 24-cv-09330-TSH<br><br>**STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER** |

|  |  |
|---|---|
| 1 | Pursuant to Civil Local Rules 6-1, 6-2, and 7-12, Plaintiff Lawyers' Committee for Civil Rights |
| 2 | of the San Francisco Bay Area and Federal Defendants U.S. Department of Homeland Security and U.S. |
| 3 | Immigration and Customs Enforcement, by and through their counsel, hereby stipulate, as follows: |
| 4 | WHEREAS, on December 23, 2024, Plaintiff filed the Complaint.  Dkt. No. 1; |
| 5 | WHEREAS, on December 23, 2024, the Court issued an Initial Case Management Scheduling |
| 6 | Order setting an Initial Case Management Conference for March 27, 2025, at 10:00 a.m.  Dkt. No. 6; |
| 7 | WHEREAS, on March 7, 2025, Federal Defendants filed the Answer to the Complaint. |
| 8 | Dkt. No. 16; |
| 9 | WHEREAS, Plaintiff and Federal Defendants are coordinating, in order to work on potential |
| 10 | document production and related projects, in order to narrow the scope of the Parties' disputes; |
| 11 | WHEREAS, the Parties have agreed to further meet and confer on or before April 11, 2025 to |
| 12 | narrow the issues and categories in dispute; |
| 13 | WHEREAS, it would conserve judicial and party resources to conduct the Case Management |
| 14 | Conference after the Parties have had additional time to coordinate and to work on potential document |
| 15 | productions and related projects. |
| 16 | NOW THEREFORE, the Parties STIPULATE and JOINTLY REQUEST that the Court continue |
| 17 | the Initial Case Management Conference set for March 27, 2025, at 10:00 a.m. by approximately |
| 18 | sixty (60) days, and extend the related Case Management Conference deadlines by a corresponding time |
| 19 | period. |

DATED: March 20, 2025                                    Respectfully submitted,

PATRICK D. ROBBINS
Acting United States Attorney

*/s/ Christopher F. Jeu*[1]
CHRISTOPHER JEU
Assistant United States Attorney

Attorneys for Federal Defendants
Department of Homeland Security and U.S.
Immigration and Customs Enforcement

---

[1] In compliance with Civil Local Rule 5-1(i), the filer of this document attests under penalty of perjury that counsel for Plaintiff has concurred in the filing of this document.

1
2                                        NIXON PEABODY LLP
3                                        By: */s/ Brock Seraphin*
4
5                                        BROCK SERAPHIN
                                         Attorneys for Plaintiff
6                                        LAWYERS' COMMITTEE FOR CIVIL RIGHTS
                                         OF THE SAN FRANCISCO BAY AREA

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28