| | |
|---|---|
| MATTHEW A. RICHARDS (SBN 233166)<br>mrichards@nixonpeabody.com<br>NIXON PEABODY LLP<br>One Embarcadero Center, 18th Floor<br>San Francisco, CA 94111-3600<br>Tel: 415-984-8200<br>Fax: 415-984-8300<br><br>BROCK SERAPHIN (SBN 307041)<br>bseraphin@nixonpeabody.com<br>NIXON PEABODY LLP<br>300 S. Grand Avenue, Suite 4100<br>Los Angeles, CA 90071-3151<br>Tel: 213-629-6000<br>Fax: 213-629-6001<br><br>LAWYERS' COMMITTEE FOR CIVIL RIGHTS OF THE SAN FRANCISCO BAY AREA<br>JORDAN WELLS (SBN 326491)<br>jwells@lccrsf.org<br>VICTORIA PETTY (SBN 338689)<br>vpetty@lccrsf.org<br>131 Steuart Street # 400<br>San Francisco, CA 94105<br>Telephone: 415 543 9444<br><br>*Attorneys for Plaintiff* | PATRICK D. ROBBINS (CABN 152288)<br>Acting United States Attorney<br>PAMELA T. JOHANN (CABN 145558)<br>Chief, Civil Division<br>CHRISTOPHER F. JEU (CABN 247865)<br>Assistant United States Attorney<br>60 South Market Street, Suite 1200<br>San Jose, California 95113<br>Telephone: (408) 535-5082<br>FAX: (408) 535-5066<br>Christopher.Jeu@usdoj.gov<br><br>Attorneys for Federal Defendants<br>DEPARTMENT OF HOMELAND SECURITY<br>and U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LAWYERS' COMMITTEE FOR CIVIL RIGHTS OF THE SAN FRANCISCO BAY AREA,<br><br>　　　Plaintiff,<br><br>　v.<br><br>DEPARTMENT OF HOMELAND SECURITY and U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>　　　Defendants. | Case No. 24-cv-09330-TSH<br><br>**STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE;** [PROPOSED] **ORDER** |

Pursuant to Civil Local Rules 6-1, 6-2, and 7-12, Plaintiff Lawyers' Committee for Civil Rights of the San Francisco Bay Area and Federal Defendants U.S. Department of Homeland Security and U.S. Immigration and Customs Enforcement, by and through their counsel, hereby stipulate, as follows:

WHEREAS, on December 23, 2024, Plaintiff filed the Complaint.  Dkt. No. 1;

WHEREAS, on December 23, 2024, the Court issued an Initial Case Management Scheduling Order setting an Initial Case Management Conference for March 27, 2025, at 10:00 a.m.  Dkt. No. 6;

WHEREAS, on March 7, 2025, Federal Defendants filed the Answer to the Complaint. Dkt. No. 16;

WHEREAS, Plaintiff and Federal Defendants are coordinating, in order to work on potential document production and related projects, in order to narrow the scope of the Parties' disputes;

WHEREAS, the Parties have agreed to further meet and confer on or before April 11, 2025 to narrow the issues and categories in dispute;

WHEREAS, it would conserve judicial and party resources to conduct the Case Management Conference after the Parties have had additional time to coordinate and to work on potential document productions and related projects.

NOW THEREFORE, the Parties STIPULATE and JOINTLY REQUEST that the Court continue the Initial Case Management Conference set for March 27, 2025, at 10:00 a.m. by approximately sixty (60) days, and extend the related Case Management Conference deadlines by a corresponding time period.

DATED: March 20, 2025                    Respectfully submitted,

PATRICK D. ROBBINS
Acting United States Attorney

/s/ Christopher F. Jeu[1]
CHRISTOPHER JEU
Assistant United States Attorney

Attorneys for Federal Defendants
Department of Homeland Security and U.S.
Immigration and Customs Enforcement

---

[1] In compliance with Civil Local Rule 5-1(i), the filer of this document attests under penalty of perjury that counsel for Plaintiff has concurred in the filing of this document.

|||
|---|---|
|1||
|2| NIXON PEABODY LLP |
|3| By: */s/ Brock Seraphin* |
|4| BROCK SERAPHIN |
|5| Attorneys for Plaintiff<br>LAWYERS' COMMITTEE FOR CIVIL RIGHTS |
|6| OF THE SAN FRANCISCO BAY AREA |

# ~~[PROPOSED]~~ ORDER

Based on the Stipulated Request of the Parties, and GOOD CAUSE APPEARING THEREFOR, the schedule for the Initial Case Management Conference is continued as follows:

| Date | Event |
|---|---|
| Twenty-one (21) days in advance of the Initial Case Management Conference. | *Last day to:<br>• meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan |
| Seven (7) days in advance of the Initial Case Management Conference | ** Last day to file Case Management Statement per Standing Order re Contents of Joint Case Management Statement (also available at http://www.cand.uscourts.gov); deadline to make initial disclosures, if applicable. *See* Fed. R. Civ. P. 26(a)(1) |
| May  29 , 2025, at 10:00 a.m. | INITIAL CASE MANAGEMENT CONFERENCE (CMC) at 10:00 AM in:<br>Courtroom E, 15th Floor<br>Phillip Burton Federal Building<br>450 Golden Gate Avenue<br>San Francisco, CA 94102 |

\* If the Initial Case Management Conference is continued, unless otherwise ordered this deadline is continued to 21 days in advance of the Initial Case Management Conference.

\*\* If the Initial Case Management Conference is continued, unless otherwise ordered this deadline is continued to 7 days in advance of the Initial Case Management Conference.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: March 20, 2025

HON. THOMAS S. HIXSON
UNITED STATES MAGISTRATE JUDGE