| | |
|---|---|
| MATTHEW A. RICHARDS (SBN 233166) mrichards@nixonpeabody.com NIXON PEABODY LLP One Embarcadero Center, 18th Floor San Francisco, CA 94111-3600 Tel: 415-984-8200 Fax: 415-984-8300 | CRAIG H. MISSAKIAN (CABN 125202) PAMELA T. JOHANN (CABN 145558) Chief, Civil Division CHRISTOPHER F. JEU (CABN 247865) Assistant United States Attorney 60 South Market Street, Suite 1200 San Jose, California 95113 Telephone: (408) 535-5082 FAX: (408) 535-5066 Christopher.Jeu@usdoj.gov |
| BROCK SERAPHIN (SBN 307041) bseraphin@nixonpeabody.com NIXON PEABODY LLP 300 S. Grand Avenue, Suite 4100 Los Angeles, CA 90071-3151 Tel: 213-629-6000 Fax: 213-629-6001 | Attorneys for Federal Defendants DEPARTMENT OF HOMELAND SECURITY and U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT |

LAWYERS' COMMITTEE FOR CIVIL RIGHTS OF THE SAN FRANCISCO BAY AREA
JORDAN WELLS (SBN 326491)
jwells@lccrsf.org
VICTORIA PETTY (SBN 338689)
vpetty@lccrsf.org
131 Steuart Street # 400
San Francisco, CA 94105
Telephone: 415 543 9444

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LAWYERS' COMMITTEE FOR CIVIL RIGHTS OF THE SAN FRANCSICO BAY AREA, <br><br> Plaintiff, <br><br> vs. <br><br> DEPARTMENT OF HOMELAND SECURITY and UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, <br><br> Defendants. | Case No. 3:24-cv-09330-TSH <br><br><br> **JOINT PRODUCTION PROPOSAL AND ~~[PROPOSED]~~ ORDER** |

Pursuant to the Court's May 28, 2025 Order, Dkt. No. 22, the Parties to the above-entitled action respectfully submit this Joint Production Proposal and Proposed Order.

On June 10, 2025, the Parties met and conferred regarding (1) the scope and timing of the United States Immigration and Customs Enforcement's ("ICE" or the "Agency") production of audio/video files and (2) appropriate deadlines for Defendants' assessment of GEO's exemption claims. The Parties have agreed to the following production schedule:

**I.      Document Production and GEO Exemption Claims:**

a. On or about June 20, 2025, ICE will make an interim document production of remaining documents responsive to LCCRSF's FOIA request, including redactions reflecting GEO's objections and withholdings provided in response to ICE's submitter's notice, in addition to ICE's exemption claims. The June 2025 document production is being made to expedite LCCRSF's access to documents.

b. By July 15, 2025, LCCRSF will notify ICE of any anticipated objections to the withholdings asserted by ICE in its June 2025 interim production.

c. If, after review of Plaintiff's anticipated objections, ICE determines that issuance of a notice of intent to release is appropriate, it will issue such a notification to its contractor, GEO, by August 29, 2025. ICE will request a response from GEO by a date certain (*e.g.*, 10 or 20 business days).

d. If appropriate, ICE will make a supplemental production of documents with appropriate withholdings lifted. But subject to potential supplemental productions, ICE currently expects the June 2025 interim release to be the final production of documents responsive to LCCRSF's FOIA request.

e. But for any withholdings lifted by ICE as a result of the above outlined agreement, discussion regarding additional objections to the withholdings asserted will occur after the Agency has produced all records responsive to LCCRSF's FOIA request.

**II.     ICE Production of Audio/Video:**

   a.   ICE estimates that in response to LCCRSF's FOIA request, GEO has furnished it with approximately 6–8 hours of video footage.

   b.   ICE agrees to review and process video files responsive to LCCRSF's FOIA request.  Subject to resource limitations based on concurrent document production, ICE agrees to review approximately thirty (30) to forty (40) minutes of video each month, with productions being made on a rolling basis on or about the fifteenth (15th) of each month.  For instance, LCCRSF acknowledges that ICE will release a partial production of video in any month (*i.e.*, August 2025; and in approximately October 2025, as the Agency may make a supplemental document production based on GEO's response to the potential notice of intent to release) where extensive agency resources are dedicated to document review, such as any month that will also include a supplemental document release.

   c.   ICE will prioritize its review of video as follows: (a) body cam footage; (b) dormitory footage; and (c) hallway footage.

   d.   ICE's first production will be made on or about July 15, 2025, and ICE currently estimates that it will take approximately up to ten months to complete its production.

Dated: June 12, 2025                          Respectfully submitted,

                                                           NIXON PEABODY LLP

                                                           By: */s/ Brock J. Seraphin*
                                                                   Matthew A. Richards
                                                                   Brock J. Seraphin
                                                                   *Attorneys for Plaintiff*

Dated: June 12, 2025                          CRAIG H. MISSAKIAN
                                                           United States Attorney


                                                           By:  */s/ Christopher F. Jeu*
                                                                   Christopher Jeu
                                                                   Assistant United States Attorney

                                                                   Attorneys for Federal Defendants
                                                                   Department of Homeland Security and
                                                                   U.S. Immigration and Customs
                                                                   Enforcement

**[PROPOSED] ORDER**

The above PRODUCTION PROPOSAL & PROPOSED ORDER is approved for this case and all parties shall comply with its provisions. The Court shall conduct a case management conference on July 16, 2026 at 10:00 a.m. The parties shall file an updated case management statement by July 9, 2026.

IT IS SO ORDERED.

Dated: June 20, 2025

_____
THOMAS S. HIXSON
UNITED STATES MAGISTRATE JUDGE