```
CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
SAVITH IYENGAR (CABN 268342)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-6748
    savith.iyengar@usdoj.gov

Attorneys for Defendants
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LAWYERS' COMMITTEE FOR CIVIL RIGHTS OF THE SAN FRANCISCO BAY AREA,<br><br>    Plaintiff,<br><br>    v.<br><br>DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>    Defendants. | CASE NO. 24-cv-09330-TSH<br><br>**STIPULATION REGARDING STAY AND [PROPOSED] SCHEDULE FOR CASE** |

Subject to the Court's approval, Plaintiff Lawyers' Committee for Civil Rights of the San Francisco Bay Area ("Plaintiff") and Defendants United States Department of Homeland Security and United States Immigration and Customs Enforcement ("ICE") (collectively, "Defendants"), through their undersigned counsel of record, hereby STIPULATE and submit this <u>revised</u> stipulation as follows. In sum, the parties' prior stipulation indicated that they have not had a meaningful opportunity to meet and confer regarding Defendants' request. This revised stipulation removes this language, as the parties have met and conferred further, and also intend to meet and confer again pursuant to the agreement reflected in this stipulation on or before December 17, 2025, and to submit a joint status report to this Court on or before December 19, 2025.

   1.   On October 2, 2025, the Court approved the parties' stipulation staying this case until

1  after the shutdown of the federal government had ended and appropriations to the Department of Justice
2  were restored — including the October 3, 2025 deadline for ICE to issue a notification to its contractor,
3  GEO, and the deadline for Defendants' rolling productions on or about the 15th of each month — and
4  extending all deadlines in this case for a period of time commensurate with the duration of the lapse in
5  appropriations. *See* ECF No. 31. The stipulation and order further specified that Defendants would
6  promptly notify the Court as soon as the shutdown had ended and, if necessary given the circumstances
7  of the case, confer with opposing counsel and submit within two weeks a joint proposed schedule for the
8  remainder of litigation. *Id.*

      2. Defendants have conveyed the following to Plaintiff:

          a. The shutdown ended on November 12, 2025. The duration of the lapse in appropriations — which began at midnight on September 30, 2025 — was approximately 43 days. The Court's order thus served to extend all deadlines by this period of time, including extending ICE's deadline to issue a notification to its contractor, GEO, from October 3, 2025 until November 17, 2025, and extending the deadline for Defendants' next rolling production from October 15, 2025, until November 28, 2025.

          b. On November 14, 2025, ICE issued the notification to its contractor, GEO, requesting a response by December 15, 2025. In light of the significant impact caused by the shutdown, the holidays, and ICE's notification to GEO on Defendants' processing of records, Defendants have requested a continuance of Defendants' next rolling production by 30 days, from November 28, 2025, until December 29, 2025.

      3. Plaintiff takes no position with respect to Defendants' representations and does not oppose this Court taking any action it determines appropriate based on Defendants' representations. Notwithstanding the foregoing, Plaintiffs advise this Court of the following procedural history:

          a. Plaintiffs filed this action on December 23, 2024. ECF No. 1.

          b. Pursuant to the parties' joint production proposal, which this Court ordered on June 20, 2025, Defendants agreed to issue a notification to GEO by August 29, 2025. ECF No.

24 ¶ 2.c.

    c. On August 25, 2025, Defendants requested to extend the GEO notice deadline to September 19, 2025. Plaintiff stipulated to the requested extension on August 29, 2025. ECF No. 26.

    d. On September 19, 2025, Defendants requested a further extension of the GEO notice deadline until October 17, 2025. After meeting and conferring, Plaintiff stipulated to a brief continuance of the GEO notice deadline until October 3, 2025. ECF No. 28.

    e. Plaintiff has requested that Defendants not request any further extensions of the December 29, 2025, production deadline or any subsequent production deadlines unless Defendants provide Plaintiff notice of the requested extension at least five (5) court days before the deadline. Plaintiff also reserves the right to refuse any further extension requests absent a showing of good cause by Defendants.

4. On November 24, 2025, Defendants requested an extension of the rolling production schedule from November 28, 2025, until December 29, 2025. The parties submitted a stipulation the same day noting that the parties had insufficient time to meet and confer regarding the requested extension. ECF No. 33. The Court ordered the parties to meet and confer on or before November 26, 2025. ECF No. 34.

5. The parties stipulate that Defendants' next rolling production be extended by 30 days, from November 28, 2025, until December 29, 2025.

6. The parties further stipulate that they will meet and confer on or before December 17, 2025, regarding the issue discussed in paragraph 3(e), above, and the schedule for the remainder of the litigation, and that they will submit a joint status report to this Court outlining their respective positions and joint positions on or before December 19, 2025.

///

///

STIPULATION REGARDING STAY AND [PROPOSED] SCHEDULE FOR CASE
24-CV-09330-TSH

IT IS SO STIPULATED.

| | |
|---|---|
| DATED: November 24, 2025 | Respectfully submitted, |
| | CRAIG H. MISSAKIAN<br>United States Attorney |
| | */s/ Savith Iyengar*<br>SAVITH IYENGAR<br>Assistant United States Attorney |
| | Counsel for Defendants |
| DATED: November 24, 2025 | Respectfully submitted, |
| | ***/s/ Brock Seraphin*<br>BROCK SERAPHIN |
| | Counsel for Plaintiff |

** In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.

**[PROPOSED] ORDER**

Pursuant to stipulation, IT IS HEREBY ORDERED THAT the deadline for Defendants' next rolling production is continued from October 15, 2025, until December 29, 2025, with subsequent productions being made on a rolling basis on or about the end of each month. The parties will meet and confer on or before December 17, 2025, regarding the issue discussed in paragraph 3(e), above, and the schedule for the remainder of the litigation, and will submit a joint status report to this Court outlining their respective positions and joint positions on or before December 19, 2025.

IT IS SO ORDERED.

DATED: November 25, 2025

_____
HON. THOMAS S. HIXSON
United States Magistrate Judge