CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
SAVITH IYENGAR (CABN 268342)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-6748
    savith.iyengar@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LAWYERS' COMMITTEE FOR CIVIL RIGHTS OF THE SAN FRANCISCO BAY AREA,<br><br>    Plaintiff,<br><br>  v.<br><br>DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>    Defendants. | CASE NO. 24-cv-09330-TSH<br><br>**STIPULATION AND [PROPOSED] SCHEDULE FOR CASE** |

    Subject to the Court's approval, plaintiff Lawyers' Committee for Civil Rights of the San Francisco Bay Area ("Plaintiff") and defendants United States Department of Homeland Security and United States Immigration and Customs Enforcement ("ICE") (collectively, "Defendants"), through their undersigned counsel of record, hereby STIPULATE as follows:

    1.    On November 25, 2025, the Court granted the parties' stipulation (i) continuing the deadline for Defendants' next rolling production until December 29, 2025, with subsequent productions being made on a rolling basis on or about the end of each month, (ii) requiring the parties to meet and confer on or before December 17, 2025, regarding extensions of future production deadlines and the schedule for the remainder of the litigation, and (iii) ordering the parties to submit a joint status report to the Court on or before December 19, 2025. ECF No. 36 ("Order").

2. The parties met and conferred by telephone on December 16, 2025 regarding this matter. Pursuant to those discussions, the parties stipulate that — consistent with their last stipulation, ECF No. 35, and the Order — ICE will make its next production on or before December 29, 2025, with subsequent productions on a rolling basis on or about the end of each month, subject to reasonable extensions that the parties may agree upon without a court order in the event of unforeseen conflicts.

3. As background, Defendants have produced — and are continuing to produce — documents and video files in response to Plaintiff's FOIA request. Defendants produced documents to Plaintiff on May 16 and June 20, 2025. The June document production was an interim production of all remaining documents responsive to Plaintiff's FOIA request that included redactions reflecting GEO's objections and withholdings provided in response to ICE's submitter's notice, in addition to ICE's exemption claims. The June document production was made to expedite Plaintiff's access to the documents and enabled the parties to discuss the documents and GEO's objections and withholdings. Following those discussions, and as previously reported to the Court, ICE issued a notice of intent to disclose to GEO on November 14, 2025, requesting a response by December 15, 2025. *See* ECF No. 35. Pursuant to the notice, ICE expects to make a supplemental production of documents with appropriate withholdings lifted on or about December 29, 2025. ICE expects this to be the final production of documents responsive to Plaintiff's FOIA request.

4. ICE has also been reviewing and processing video files responsive to Plaintiff's FOIA request, with productions of video files on July 15, August 27, and September 15, 2025. As noted above, ICE will make its next production of video files on or before December 29, 2025, with subsequent productions on a rolling basis on or about the end of each month (subject to any reasonable extensions agreed to by the parties).

5. Given the estimated number of productions remaining, the parties further stipulate and respectfully request that they submit a joint status report to the Court on or before **June 26, 2026** regarding their progress, including whether any dates need to be scheduled at that time.

///

///

STIPULATION AND [PROPOSED] SCHEDULE FOR CASE
24-CV-09330-TSH

1    IT IS SO STIPULATED.

2

3    DATED: December 18, 2025                 Respectfully submitted,

4                                             CRAIG H. MISSAKIAN
                                              United States Attorney
5
                                              */s/ Savith Iyengar*
6                                             SAVITH IYENGAR
                                              Assistant United States Attorney
7
                                              Counsel for Defendants
8

9    DATED: December 18, 2025                 Respectfully submitted,

10
                                              ***/s/ Brock Seraphin*
11                                            BROCK SERAPHIN

12                                            Counsel for Plaintiff

13                                            ** In compliance with Civil Local Rule 5-1(i)(3),
                                              the filer of this document attests under penalty
14                                            of perjury that all signatories have concurred in
                                              the filing of this document.
15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] SCHEDULE FOR CASE
24-CV-09330-TSH

**[PROPOSED] ORDER**

Pursuant to stipulation, IT IS HEREBY ORDERED THAT ICE will make its next production on or about December 29, 2025, with subsequent productions on a rolling basis on or about the end of each month, subject to reasonable extensions that the parties may agree upon without a court order in the event of unforeseen conflicts.

IT IS FURTHER ORDERED THAT the parties submit a joint status report to the Court regarding their progress, including whether any dates need to be scheduled, by **June 26, 2026**.

IT IS SO ORDERED.

DATED: December 18, 2025

_____
HON. THOMAS S. HIXSON
United States Magistrate Judge