CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
SAVITH IYENGAR (CABN 268342)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7200
FAX: (415) 436-6748
savith.iyengar@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LAWYERS' COMMITTEE FOR CIVIL RIGHTS OF THE SAN FRANCISCO BAY AREA,<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>Defendants. | CASE NO. 3:24-cv-09330-TSH<br><br>**JOINT STATUS REPORT AND STIPULATION CONTINUING INITIAL CASE MANAGEMENT CONFERENCE AND SETTING DEADLINE FOR FURTHER JOINT STATUS REPORT; [PROPOSED] ORDER** |

Subject to the Court's approval, plaintiff Lawyers' Committee for Civil Rights of the San Francisco Bay Area ("Plaintiff") and defendants United States Department of Homeland Security and United States Immigration and Customs Enforcement ("ICE") (collectively, "Defendants"), through their undersigned counsel of record, hereby STIPULATE and respectfully REQUEST as follows:

1.    On November 25, 2025, the Court granted the parties' stipulation (i) continuing the deadline for Defendants' next rolling production until December 29, 2025, with subsequent productions being made on a rolling basis on or about the end of each month, (ii) requiring the parties to meet and confer on or before December 17, 2025, regarding extensions of future production deadlines and the schedule for the remainder of the litigation, and (iii) ordering the parties to submit a joint status report to the Court on or before December 19, 2025.  ECF No. 36.

JOINT STATUS REPORT, STIPULATION AND [PROPOSED] ORDER
3:24-CV-09330-TSH

2.      The parties met and conferred by telephone on December 16, 2025 regarding this matter and pursuant to those discussions, stipulated that — consistent with their prior stipulation, ECF No. 35, and the Court's order, ECF No. 36 — ICE would make its next production on or before December 29, 2025, with subsequent productions on a rolling basis on or about the end of each month, subject to reasonable extensions that the parties may agree upon without a court order in the event of unforeseen conflicts.  *See* ECF No. 37.  The parties also stipulated to "submit a joint status report to the Court regarding their progress, including whether any dates need to be scheduled, by June 26, 2026."  *Id.*  On December 18, 2025, the Court granted the parties' stipulation.  ECF No. 38.  Pursuant to an earlier court order, the parties also have an updated case management statement due on July 9, 2026, and an initial case management conference set for July 16, 2026.  ECF No. 24.

3.      In their last stipulation, the parties provided a background of Defendants' productions through that date.  ECF No. 37.  The parties reported that Defendants had produced — and were continuing to produce — documents and video files in response to Plaintiff's FOIA request.  *Id.* Defendants produced documents to Plaintiff on May 16 and June 20, 2025, with the June document production serving as an interim production of all remaining documents responsive to Plaintiff's FOIA request because it included redactions reflecting GEO's objections and withholdings provided in response to ICE's submitter's notice, in addition to ICE's exemption claims.  *Id.*  The June document production was made to expedite Plaintiff's access to the documents and enabled the parties to discuss the documents and GEO's objections and withholdings.  *Id.*  Following those discussions, and as previously reported to the Court, ICE issued a notice of intent to disclose to GEO on November 14, 2025, requesting a response by December 15, 2025.  *Id.* (citing ECF No. 35).  Pursuant to the notice, ICE expected to make a supplemental production of documents with appropriate withholdings lifted on or about December 29, 2025.  *Id.*  ICE expected this to be the final production of documents responsive to Plaintiff's FOIA request.  *Id.*  ICE thereafter made this final production on December 23, 2026.

4.      The parties also previously reported that ICE had been reviewing and processing video files responsive to Plaintiff's FOIA request, with productions of video files on July 15, August 27, and September 15, 2025, and that it would make its next production of video files on or before December 29, 2025, with subsequent productions on a rolling basis on or about the end of each month (subject to any

reasonable extensions agreed to by the parties).  ECF No. 36.  ICE thereafter made productions of video files on December 19, 2025 and January 15, February 13, April 27 (pursuant to the parties' agreement due to the partial federal government shutdown), May 26, and June 24, 2026.  These productions are ongoing.

5.  Given ICE's estimate of approximately six productions remaining, the parties stipulate and respectfully request that the Court continue the case management conference set for July 16, 2026 and associated deadlines to January 21, 2027, and allow the parties to submit a joint status report to the Court on or before **December 23, 2026** regarding their progress, prior to the January 21, 2027 case management conference.

IT IS SO STIPULATED.

DATED: June 25, 2026                          Respectfully submitted,

                                             CRAIG H. MISSAKIAN
                                             United States Attorney

                                             */s/ Savith Iyengar*
                                             SAVITH IYENGAR
                                             Assistant United States Attorney

                                             Counsel for Defendants

DATED: June 25, 2026                          Respectfully submitted,

                                             ***/s/ Conor Arden*
                                             CONOR ARDEN

                                             Counsel for Plaintiff

                                             **  In compliance with Civil Local Rule 5-1(i)(3),
                                             the filer of this document attests under penalty
                                             of perjury that all signatories have concurred in
                                             the filing of this document.

JOINT STATUS REPORT, STIPULATION AND [~~PROPOSED~~] ORDER
3:24-CV-09330-TSH

[PROPOSED] ORDER

Pursuant to stipulation, IT IS HEREBY ORDERED THAT the July 16, 2026 case management conference and associated deadlines are CONTINUED, and that parties submit a joint status report to the Court regarding their progress by **December 23, 2026**, prior to the January 21, 2027 case management conference.

IT IS SO ORDERED.

DATED: June 26, 2026

_____
HON. THOMAS S. HIXSON
United States Magistrate Judge

JOINT STATUS REPORT, STIPULATION AND [PROPOSED] ORDER
3:24-CV-09330-TSH